**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00255-CV

**CONSUMER SERVICE ALLIANCE OF TEXAS, INC. ET AL, Appellants**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-08739-A**

## ORDER

The Court **GRANTS** appellants' July 30, 2013 motion to extend time to file a reply brief.

We **ORDER** appellants to file their reply brief by **MONDAY, AUGUST 26, 2013**.

/s/     ELIZABETH LANG-MIERS
JUSTICE